## GOLDEN RULE INSURANCE CO. v. LONG

[113 N.C. App. 187 (1993)]

No. 9210SC677

## ORDER

The following Order was entered:

The motion filed in this cause on the 21st day of December, 1993 and designated "Motion To Publish Opinion" is allowed.

By order of the Court this 23rd day of December, 1993.

The above order is therefore certified to the Clerk of Superior Court in Wake County, North Carolina and to the attorneys listed below.

Witness my hand and official seal this the 23rd day of December, 1993.

s/John H. Connell

Clerk of the Court of Appeals